UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIELD CALHOUN

VERSUS

DAN CLAITOR, ET AL.

CIVIL ACTION

17-417-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 27, 2017, to which no opposition has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and the Plaintiff's action is dismissed, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A..

Baton Rouge, Louisiana the 23 day of January, 2018.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.